# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 18-17927-ELF

FINNY  GEORGE

2124 WELSH ROAD

PHILADELPHIA, PA 19115

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    FINNY  GEORGE

    2124 WELSH ROAD

    PHILADELPHIA, PA 19115

**Counsel for debtor(s), by electronic notice only.**
    KENNETH G HARRISON
    FIVE NESHAMINY INTERPLEX
    SUITE 115
    TREVOSE, PA 19053-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

        /s/ William C. Miller

Date: 1/31/2019

        _____
        William C. Miller, Esquire
        Chapter 13 Standing Trustee