UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *         CHAPTER 13
FINNY GEORGE                        *         BANKRUPTCY NO. 18-17927
    Debtor

## NOTICE OF OBJECTION TO CLAIM AND HEARING DATE

**Debtor, Finny George, has filed an objection to the proof of claim you filed in this bankruptcy case.**

**1.  Your claim may be reduced, modified or eliminated. You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult an attorney).**

**2.  If you do not want the court to change or elimanate your claim, you or your lawyer must attend the hearing on the objection**, scheduled to be held before the Honorable Eric L. Frank on April 9, 2019 at 1:00 P.M. in Courtroom No. 1, United States Bankruptcy Court, 900 Market Street, Philadelphia, Pennsylvania 19106.  If you or your attorney do not attend the hearing on the objection, the court may decide that you do not oppose the objection to your claim.

**3.  If you intend to appear at the hearing** to contest the objection to your claim, **you must notify the person listed below at least 7 days before the hearing date.**  If you do not notify the person listed below that you intend to appear, the Objector will be entitled to a postponement of the hearing.

Date: February 28, 2019

s/s Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Attorney for Objector
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149
(215) 244-7877 (fax)
kghesq@juno.com