UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              *    CHAPTER 13
FINNY GEORGE                        *    BANKRUPTCY NO. 18-17927
        Debtor
```

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on February 28, 2018, I mailed to all interested parties a copy of the Objection to Proof of Claim No. 1, Notice of Objection to Claim and Hearing Date and proposed order, by United States First Class Postage Pre-Paid mail.  A list of all interested parties is below.

Philadelphia Gas Works
ATTN: John LePera
800 Montgomery Avenue
Bankruptcy Dept 3F
Philadelphia, PA 19122

   /s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149