United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 18-17927-elf
Finny George                                                             Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 1            Date Rcvd: Mar 29, 2019
                             Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2019.
14265227          The Bank of New York Mellon, et al,    c/o Bank of America, N.A.,    PO Box 31785,
                  Tampa, FL 33631-3785

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                        TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2019                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 28, 2019 at the address(es) listed below:
          KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
          AS TRUSTEE et al... bkgroup@kmllawgroup.com
          ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC
          rmurtaugh@chartwelllaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
          philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 6

2100 B (12/15)

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 18-17927-elf
Chapter 13

In re: Debtor(s) (including Name and Address)

Finny George
2124 Welsh Road
Philadelphia PA 19115

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/28/2019.

Name and Address of Alleged Transferor(s):

Claim No. 4: The Bank of New York Mellon, et al, c/o Bank of America, N.A., PO Box 31785, Tampa, FL 33631-3785

Name and Address of Transferee:

THE BANK OF NEW YORK MELLON
NewRez LLC DBA Shellpoint Mortgage
Servicing
P.O. Box 10826
Greenville, SC 29603-0675

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:    03/31/19

Tim McGrath
**CLERK OF THE COURT**