# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| IN RE: | **FINNY GEORGE,** | : | Chapter 13 |
| | | : | |
| | Debtor | : | Bky. No. 18-17927 ELF |

# O R D E R

**AND NOW**, in connection with the Debtor's Objection to the Proof of Claim of Origen Capital, Claim No. 2 ("the Objection") (Doc. # 16), and after a hearing held on **April 9, 2019**, and by agreement, it is hereby **ORDERED** that:

1. The hearing on the Objection is **BIFURCATED**.

2. The first issue to be determined is whether the claim should be disallowed based upon the expiration of the applicable statute of limitations and whether the subject contract between the parties was "under seal."

3. **On or before April 19, 2019**, the parties shall file simultaneous memoranda of law in support of their positions regarding the statute of limitations.

4. If the Objection is not resolved based on the statute of limitations issue, the court will schedule a second hearing to consider all of the remaining issues raised in the Objection.

Date: April 9, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**