FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *          CHAPTER 13
FINNY GEORGE                              *          BANKRUPTCY NO. 18-17927
        Debtor

## O R D E R

AND NOW this __9th__ day of _____April_____, 2019, upon consideration of the Debtor's Objection to Proof of Claim No. 1, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that said Objection is **SUSTAINED** and Claim No. 1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**