United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                          Case No. 18-17927-elf
Finny George                                                                    Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett         Page 1 of 1              Date Rcvd: Apr 10, 2019
                             Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db             +Finny George,    2124 Welsh Road,    Philadelphia, PA 19115-4901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                TOTAL: 0

    ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                      Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
      KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
      REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE et al... bkgroup@kmllawgroup.com
      ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC rmurtaugh@chartwelllaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                        TOTAL: 6

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    FINNY GEORGE,           :    Chapter 13
                                  :
          Debtor                  :    Bky. No. 18-17927 ELF

## O R D E R

**AND NOW**, in connection with the Debtor's Objection to the Proof of Claim of Origen Capital, Claim No. 2 ("the Objection") (Doc. # 16), and after a hearing held on **April 9, 2019**, and by agreement, it is hereby **ORDERED** that:

1. The hearing on the Objection is **BIFURCATED**.

2. The first issue to be determined is whether the claim should be disallowed based upon the expiration of the applicable statute of limitations and whether the subject contract between the parties was "under seal."

3. **On or before April 19, 2019**, the parties shall file simultaneous memoranda of law in support of their positions regarding the statute of limitations.

4. If the Objection is not resolved based on the statute of limitations issue, the court will schedule a second hearing to consider all of the remaining issues raised in the Objection.

Date: April 9, 2019

**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**