United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17927-elf
Finny George                                                            Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett         Page 1 of 1            Date Rcvd: Apr 10, 2019
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2019.
db             +Finny George,    2124 Welsh Road,    Philadelphia, PA 19115-4901

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2019                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2019 at the address(es) listed below:
      KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
      REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE et al... bkgroup@kmllawgroup.com
      ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC rmurtaugh@chartwelllaw.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com, philaecf@gmail.com
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                                                                                                                                                                                                                      TOTAL: 6

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                *        CHAPTER 13
FINNY GEORGE                          *        BANKRUPTCY NO. 18-17927
        Debtor

**O R D E R**

AND NOW this  9th  day of  April  , 2019, upon consideration of the Debtor's Objection to Proof of Claim No. 1, and after a hearing, and for the reasons stated in court, it is hereby **ORDERED** that said Objection is **SUSTAINED** and Claim No. 1 is **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**