# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:     FINNY GEORGE, | : | Chapter 13 |
| | : | |
| Debtor. | : | Bky. No. 18-17927 |
| | : | |
| | : | |

# O R D E R

**AND NOW**, upon consideration of the Debtor'' Objection to the Proof of Claim filed by Origen Capital Investments II, LLC ("the Objection") (Doc. # 16) and the submissions of the parties, and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Objection, on the ground that the statute of limitations has expired, is **OVERRULED**.

2. A hearing is **SCHEDULED** on **August 14, 2019, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider the remaining grounds asserted in the Objection.

Date: July 18, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**