United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-17927-elf
Finny George                                                            Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Keith              Page 1 of 1              Date Rcvd: Jul 18, 2019
                              Form ID: pdf900          Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 20, 2019.
db          +Finny George,   2124 Welsh Road,   Philadelphia, PA 19115-4901
cr          +Origen Capital Investments II, LLC,   c/o Robert J. Murtaugh, Esq.,   Chartwell Law,
              970 Rittenhouse Rd., Suite 300,   Eagleville, PA 19403-2265
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   NewRez LLC DBA Shellpoint Mortgage Servi,
              PO BOX 10826,    PO BOX 10826,   GREENVILLE, SC 29603-0826
cr          +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,   c/o Shellpoint Mortgage Servicing,
              PO BOX 10826,   GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr          +E-mail/PDF: gecsedi@recoverycorp.com Jul 19 2019 02:59:51     Synchrony Bank,
              c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                            TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                       TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 20, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 18, 2019 at the address(es) listed below:
              KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE et al... bkgroup@kmllawgroup.com
              ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC
               rmurtaugh@chartwelllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                            TOTAL: 6

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    FINNY GEORGE,    :    Chapter 13
:
    Debtor.    :    Bky. No. 18-17927
:
:

O R D E R

**AND NOW**, upon consideration of the Debtor'' Objection to the Proof of Claim filed by Origen Capital Investments II, LLC ("the Objection") (Doc. # 16) and the submissions of the parties, and for the reasons stated in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Objection, on the ground that the statute of limitations has expired, is **OVERRULED**.

2. A hearing is **SCHEDULED** on **August 14, 2019, at 1:00 p.m., in Bankruptcy Courtroom No. 1, 2d floor, U.S. Courthouse, 900 Market Street, Philadelphia, PA** to consider the remaining grounds asserted in the Objection.

Date: July 18, 2019

ERIC L. FRANK
U.S. BANKRUPTCY JUDGE

1