# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF PENNSYLVANIA

IN RE:	FINNY GEORGE,	:	Chapter 13
		:
	Debtor	:	Bky. No. 18-17927 ELF

# O R D E R

**AND NOW**, following the conclusion of the hearing on the Debtor's Objection to the Proof of Claim of Origen Capital, Claim No. 2 ("the Objection") (Doc. # 16), it is hereby

**ORDERED** that:

1. The parties shall file memoranda in support of their respective positions **on or before November 1, 2019**.

2. Any reply memoranda shall be filed **on or before November 8, 2019**.

Date: October 18, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**