United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Finny George  
    Debtor  

Case No. 18-17927-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Lisa     Page 1 of 1     Date Rcvd: Oct 18, 2019  
                 Form ID: pdf900     Total Noticed: 6

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2019.

```
db           +Finny George,    2124 Welsh Road,    Philadelphia, PA 19115-4901
cr           +Origen Capital Investments II, LLC,    c/o Robert J. Murtaugh, Esq.,    Chartwell Law,
               970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
cr           +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    NewRez LLC DBA Shellpoint Mortgage Servi,
               PO BOX 10826,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr           +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
               PO BOX 10826,    GREENVILLE, SC 29603-0826
14238911     +Origin Capital Investments,    76 Summer Street,    Suite 610,    Boston, MA 02110-1267
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
cr            +E-mail/PDF: gecsedi@recoverycorp.com Oct 19 2019 03:52:09      Synchrony Bank,
                c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                              TOTAL: 1
```

                ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2019                                          Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2019 at the address(es) listed below:

```
          KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
          REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
           AS TRUSTEE et al... bkgroup@kmllawgroup.com
          ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC
           rmurtaugh@chartwelllaw.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.   on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
           philaecf@gmail.com
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                              TOTAL: 6
```

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:    FINNY GEORGE,    :    Chapter 13
                          :
          Debtor          :    Bky. No. 18-17927 ELF

# O R D E R

**AND NOW**, following the conclusion of the hearing on the Debtor's Objection to the Proof of Claim of Origen Capital, Claim No. 2 ("the Objection") (Doc. # 16), it is hereby

**ORDERED** that:

1. The parties shall file memoranda in support of their respective positions **on or before November 1, 2019**.

2. Any reply memoranda shall be filed **on or before November 8, 2019**.

Date: October 18, 2019

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**