UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                            *    CHAPTER 13
FINNY GEORGE                      *    BANKRUPTCY NO. 18-17927
         Debtor
```

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on December 20, 2018, I mailed to all interested parties a copy of the Objection to Proof of Claim No. 6 and proposed Order on January 21, 2020 and the amended Notice of Objection to Claim and Hearing Date on January 24, 2020, by United States First Class Postage Pre-Paid mail.  A list of all interested parties is below.

Portfolio Recovery Associates
ATTN: Dolan Mason
P.O. Box 41067
Norfolk, VA 23541

                                             /s/ Kenneth G. Harrison
                                          Kenneth G. Harrison, Esquire
                                          Five Neshaminy Interplex Suite 115
                                          Trevose, PA 19053
                                          (215) 447-3149