FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| FINNY GEORGE | * | BANKRUPTCY NO. 18-17927 |
|     Debtor | | |

### O R D E R

AND NOW this  13th day of     March            , 2020 , upon consideration of the Debtor's Objection to Proof of Claim No. 6, and after a hearing, it is hereby **ORDERED**  that said Objection is **SUSTAINED**.

Proof of Claim No. 6 is  **DISALLOWED.**

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**