United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Finny George  
    Debtor

Case No. 18-17927-elf  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2    User: Keith    Page 1 of 1    Date Rcvd: Mar 13, 2020  
    Form ID: pdf900    Total Noticed: 5

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 15, 2020.
```
db              +Finny George,    2124 Welsh Road,    Philadelphia, PA 19115-4901
cr              +Origen Capital Investments II, LLC,    c/o Robert J. Murtaugh, Esq.,    Chartwell Law,
                  970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    NewRez LLC DBA Shellpoint Mortgage Servi,
                  PO BOX 10826,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr              +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,    c/o Shellpoint Mortgage Servicing,
                  PO BOX 10826,    GREENVILLE, SC 29603-0826
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
cr              +E-mail/PDF: gecsedi@recoverycorp.com Mar 14 2020 03:39:35     Synchrony Bank,
                  c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1
```

    ***** BYPASSED RECIPIENTS *****  
NONE.    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 15, 2020    Signature: /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 13, 2020 at the address(es) listed below:
```
              KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE et al... bkgroup@kmllawgroup.com
              ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC
               rmurtaugh@chartwelllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                              *          CHAPTER 13
FINNY GEORGE                        *          BANKRUPTCY NO. 18-17927
        Debtor

**O R D E R**

AND NOW this  13th  day of      March           , 2020 , upon consideration of the Debtor's Objection to Proof of Claim No. 6, and after a hearing, it is hereby **ORDERED**  that said Objection is **SUSTAINED**.

Proof of Claim No. 6 is  **DISALLOWED**.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**