UNITED STATES BANKRUPTCY COURT

<u>FOR THE EASTERN DISTRICT OF PENNSYLVANIA</u>

| | | |
|---|---|---|
| IN RE: | * | CHAPTER 13 |
| FINNY GEORGE | * | BANKRUPTCY NO. 18-17927 |
|     Debtor | | |

### CERTIFICATE OF SERVICE

I, Kenneth G. Harrison, Esquire, do hereby certify that on March 26, 2020, I mailed to all interested parties a copy of the Application for Counsel Fees, Notice of Application for Counsel Fees and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

/s/ Kenneth G. Harrison
Kenneth G. Harrison, Esquire
Five Neshaminy Interplex Suite 115
Trevose, PA 19053
(215) 447-3149

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785


Origin Capital Investments
76 Summer Street
Suite 610
Boston, MA 02110


Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541


Quantum3 Group, LLC
agent for Comenity Capital Bank
P.O. Box 788
Kirkland, WA 98083-0788