UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                           *    CHAPTER 13
FINNY GEORGE                     *    Bankruptcy No. 18-17927
              Debtor             *
```

## ORDER

AND NOW this  22nd  day of _____April_____, 2020 , after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED:**

Compensation of $3,000.00 is **ALLOWED** to Debtor's counsel.

The Trustee shall $1,700.00 to counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**