United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                              Case No. 18-17927-elf
Finny George                                                        Chapter 13
         Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0313-2          User: Keith              Page 1 of 1              Date Rcvd: Apr 23, 2020
                              Form ID: pdf900          Total Noticed: 5
```

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 25, 2020.
db             +Finny George,    2124 Welsh Road,    Philadelphia, PA 19115-4901
cr             +Origen Capital Investments II, LLC,    c/o Robert J. Murtaugh, Esq.,    Chartwell Law,
                 970 Rittenhouse Rd., Suite 300,    Eagleville, PA 19403-2265
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     NewRez LLC DBA Shellpoint Mortgage Servi,
                 PO BOX 10826,    PO BOX 10826,    GREENVILLE, SC 29603-0826
cr             +THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YO,     c/o Shellpoint Mortgage Servicing,
                 PO BOX 10826,    GREENVILLE, SC 29603-0826

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr             +E-mail/PDF: gecsedi@recoverycorp.com Apr 24 2020 03:58:41      Synchrony Bank,
                 c/o PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
                                                                                             TOTAL: 1

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 25, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 23, 2020 at the address(es) listed below:
              KENNETH G. HARRISON    on behalf of Debtor Finny  George kghesq@juno.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF THE CWALT, INC., ALTERNATIVE LOAN TRUST 2006-43CB,
               MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2006-43CB bkgroup@kmllawgroup.com
              REBECCA ANN SOLARZ    on behalf of Creditor    THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK,
               AS TRUSTEE et al... bkgroup@kmllawgroup.com
              ROBERT J. MURTAUGH    on behalf of Creditor    Origen Capital Investments II, LLC
               rmurtaugh@chartwelllaw.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                                             TOTAL: 7
```

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                          *       CHAPTER 13
FINNY GEORGE                    *       Bankruptcy No. 18-17927
                 Debtor         *
```

**ORDER**

AND NOW this  22nd  day of _____April_____, 2020 , after reviewing the Application for Counsel fees and no objection being filed, it is hereby **ORDERED**:

Compensation of $3,000.00 is **ALLOWED** to Debtor's counsel.

The Trustee shall $1,700.00 to counsel as an administrative expense to the extent provided for in the confirmed plan.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**