UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:                                    *    CHAPTER 13
FINNY GEORGE                              *    BANKRUPTCY NO. 18-17927
    Debtor

**CERTIFICATE OF SERVICE**

    I, Kenneth G. Harrison, Esquire, do hereby certify that on April 17, 2021, I mailed to all interested parties a copy of the Motion for Approval of Post-Petition debt, Notice of Motion, Response Deadline and Hearing Date and proposed order, by United States First Class Postage Pre-Paid mail. A list of all interested parties is attached hereto and made a part hereof.

    /s/ Kenneth G. Harrison
    Kenneth G. Harrison, Esquire
    Five Neshaminy Interplex Suite 115
    Trevose, PA 19053
    (215) 447-3149

Bank of America
P.O. Box 31785
Tampa, FL 33631-3785


Origin Capital Investments
76 Summer Street
Suite 610
Boston, MA 02110


Portfolio Recovery Associates
P.O. Box 41067
Norfolk, VA 23541


Quantum3 Group, LLC
agent for Comenity Capital Bank
P.O. Box 788
Kirkland, WA 98083-0788

Office of the Chpater 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105