UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                        *       CHAPTER 13
FINNY GEORGE                  *       BANKRUPTCY NO. 18-17927
      Debtor
```

**ORDER**

AND NOW this __18th__ day of __May__, 2021, upon consideration of Debtor's Motion for Approval of Post-Petition debt, it is hereby **ORDERED** and **DECREED** that said Motion is **GRANTED**.

Debtor is authorized to incur post-petition debt through the U.S. Small Business Administration, Office of Disaster Relief, in the maximum amount of $67,300.00, maximum term of 360 months at an interest rate of 3.75% as set forth in the Motion.

_____
**ERIC L. FRANK**
**U.S. BANKRUPTCY JUDGE**