Certificate Number: 13858-PAE-DE-037065889

Bankruptcy Case Number: 18-17927



13858-PAE-DE-037065889

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>December 27, 2022</u>, at <u>4:47</u> o'clock <u>PM EST</u>, <u>Finny George</u> completed a course on personal financial management given <u>by internet</u> by <u>MoneySharp Credit Counseling Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date: <u>December 27, 2022</u>           By:   <u>/s/Wendel Ruegsegger</u>

Name:  <u>Wendel Ruegsegger</u>

Title:  <u>Counselor</u>